Carrie E. Treat, Respondent, v. Charles E. McCreight, Appellant.— Judgment and order unanimously affirmed, with costs. McNamee, J., not sitting.

George E. Mott and Another, Appellants, v. The State of New York, Respondent. (Claim No. 19522.) Henbro Corporation, Appellant, v. The State of New York, Respondent. (Claim No. 19523.) Charles Ruppenthal, Appellant, v. The State of New York, Respondent. (Claim No. 19524.) — Judgments unanimously affirmed, with costs in one action.

Addie S. French, Respondent, v. Albert Fernette, Appellant.— Judgment and order unanimously affirmed, with costs.

Joseph J. Hodgens, as Administrator, etc., of Thomas J. Hodgens, Deceased, Appellant, v. Carmine Sinisgalli, Respondent.*— Order and judgment reversed, on the law and facts, with costs and verdict reinstated, on the ground it was a question of fact for the determination of the jury. All concur, McNamee, J., in part with a memorandum, except Crapser, J., who dissents, with a memorandum. McNamee, J.: I concur for reversal, and vote for a new trial, but not for reinstatement of the verdict, on the ground that there is no proper evidence upon which a jury may find a verdict that the stairs in question were or were not constructed according to proper practice, and, therefore, were or were not reasonably safe for the uses for which they were intended. Standards of construction may not be fixed by juries, but must be shown by evidence. Such proof may be readily supplied on a new trial. Crapser, J.: I vote to affirm for the reason that the undisputed evidence is that the railings in this case were practically such as are generally used in the city of Albany; and on the further ground that the defendant would not have to anticipate the happening of such an accident, and the omission to provide against it would not be actionable under the authority of Loftus v. Union Ferry Co. (84 N. Y. 455, 460).

Chemung Canal Trust Company, Respondent, v. Mortimer L. Sullivan, Appellant, and Another. (Action No. 1.) Chemung Canal Trust Company, Respondent, v. Mortimer L. Sullivan, Appellant, and Another. (Action No. 2.) Chemung Canal Trust Company, Respondent, v. Mortimer L. Sullivan, Appellant, and Another. (Action No. 3.) —Judgments and orders unanimously affirmed, with costs in one action.

Maurice Hawley, Respondent, v. John B. Sullivan, Appellant.— Motion for reargument granted, and case set down for argument at March term, and placed at head of general calendar. Hill, P. J., and Rhodes, J., dissent.

In the Matter of the Final and Judicial Settlement of the Estate of Mary Jane Sheldon Taylor, Deceased.—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by New York, Ontario and Western Railway Company and Liberty-County Line, Part 1, State Highway No. 5223 Located about 400 Feet North of Parksville Station in the Town of Liberty, Sullivan County. In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by New York, Ontario and Western Railway Company Known as Parksville Second Crossing, Located about 740 Feet North of Parksville Station

---

* Revd., 262 N. Y. 610.

in the Town of Liberty, Sullivan County.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

DALLAS M. HAZELTON, Appellant, v. ST. JOSEPH LEAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

JOHN PORTER LELAND, as Administrator, etc., of WILLIAM LELAND, Deceased, Respondent, v. WITBECK BROS., INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied.

NICHOLAS UUSIMAKI, Respondent, v. ARTHUR SAYLES, Doing Business under the Assumed Name of WILLIAM SAYLES & SON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Bliss, J., not sitting.

In the Matter of the Application of JOSEPH M. KANDEL, Appellant, for an Order of Mandamus against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Respondents. · In the Matter of the Application of JOSEPH M. KANDEL, Appellant, for an Order of Certiorari Directed to FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Bliss, J., not sitting.

CHARLES E. GARRETT, Respondent, v. JOSEPH PECKER, Appellant. S. CLARISSE GARRETT, Respondent, v. JOSEPH PECKER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THOMAS V. WITHCUSKEY, Respondent, v. M. F. DOLLARD, JR., INC., Appellant. GRACE WITHCUSKEY, Respondent, v. M. F. DCLLARD, JR., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied.

MARVEN H. HORNBECK, Respondent, v. NATIONAL LEAD COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION BAG AND PAPER POWER CORPORATION, Respondent, v. PERRY M. GILBERT and Others, as Assessors of the Village of Hudson Falls, in the Town of Kingsbury, Washington County, State of New York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

HUDSON COUNTIES TITLE AND MORTGAGE COMPANY, Respondent, v. JOSEPHINE D. SCHULTZE and Others, Defendants. JOHN R. SEAMAN, Occupant, Not a Party, Appellant.— Motion of respondent for reargument denied.

BARBARA VROOMAN, Appellant, v. CITY SAVINGS BANK OF ALBANY, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

BANK OF WATERFORD, Respondent, v. JOHN C. WATSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

CHARLOTTE PAYNE, Respondent, v. FRANK EMERY, Respondent; LIMESTCNE PRODUCTS CORPORATION OF AMERICA, Appellant, and Another.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

HARRY GOODROW, Respondent, v. NEW YORK AMERICAN, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.